IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS BRITT,

        Petitioner,                      No. CIV S-06-2317 DFL KJM P

    vs.

D.L. RUNNELS, et al.,

        Respondents.              <u>ORDER</u>

                              /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1          2. Petitioner's reply, if any, shall be filed and served within thirty days of service
2   of an answer;
3          3. If the response to petitioner's application is a motion, petitioner's opposition
4   or statement of non-opposition shall be filed and served within thirty days of service of the
5   motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and
6          4. The Clerk of the Court shall serve a copy of this order together with a copy of
7   petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael
8   Patrick Farrell, Senior Assistant Attorney General.
9   DATED:  April 9, 2007.

_____
U.S. MAGISTRATE JUDGE

1
brit2317.100(10.19.06)