IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS BRITT,** | CIV S-06-2317 RRB KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **D.L. RUNNELS, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before July 8, 2007.

Dated: June 18, 2007.

U.S. MAGISTRATE JUDGE

Order