IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS BRITT,

    Petitioner,                          No. CIV S-06-2317 RRB KJM P

    v.

D.L. RUNNELS, Warden,                 ORDER

    Respondent.
_____/

    GOOD CAUSE APPEARING and as agreed by the parties it is hereby ordered that petitioner's time to file his Opposition To Respondent's Motion To Dismiss is extended to and including August 15, 2007.

Dated: July 16, 2007.

                                                      /s/ [signature]
                                                      U.S. MAGISTRATE JUDGE