IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS BRITT,** | CIV S-06-2317 RRB KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **D.L. RUNNELS, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's Reply to Petitioner's Opposition to Respondent's Motion to Dismiss be filed on or before September 4, 2007.

Dated: August 30, 2007.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order