# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DOUGLAS BRITT, | Case No. S-06-2317 RRB KJM P |
| Petitioner, | ORDER |
| v | |
| D.L. RUNNELS, Warden, | |
| Respondent. | |

GOOD CAUSE APPEARING via agreement of the parties it is hereby ordered that petitioner's time to file his Objections to the Magistrate's Findings & Recommendations is extended to and including January 30, 2008.

Dated: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

Stipulation For Extension Of Time For Petitioner To File
Opposition To Motion To Dismiss                         Britt V Runnels S 06 2317 RRB KJM P